**No. 49434.**—Protests 27765–K, etc., of B. R. Anderson & Co. (Seattle).

Opinion by KEEFE, J. At the trial it was agreed to have an analysis made by the Government laboratory at San Francisco. From the testimony of the chemist who made this analysis it was found the merchandise is something more than wood charcoal, wood charcoal being only one of the ingredients contained therein.

It was therefore held properly assessed as a nonenumerated manufactured article.